STATE of Missouri, Respondent,

v.

**Donald R. GERLT, Appellant.**

**Donald R. GERLT, Appellant,**

v.

STATE of Missouri, Respondent.

Nos. WD 45372, WD 46792.

Missouri Court of Appeals,
Western District.

July 13, 1993.

Brad D. Baker, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joan F. Gummels, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

## ORDER

PER CURIAM.

This conviction of forcible rape, in violation of § 566.030.1, RSMo Cum.Supp.1992,

**396**

and denial of a Rule 29.15 motion are affirmed.

Rule 30.25(b) and 84.16(b).